of Appeals for the Fifth Circuit denied. *Mr. J. L. Shook* for petitioner.

No. 790. CABALIK *v.* BELL, RECEIVER. April 12, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Alexander J. Barron* and *George F. Taylor* for petitioner. *Mr. Orville Brown* for respondent.

No. 791. OSBORNE *v.* HASTINGS, SHERIFF. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Dean S. Face* for petitioner. *Messrs. John M. Dunham* and *Laurent K. Varnum* for respondent.

No. 797. MASON *v.* PALO VERDE IRRIGATION DISTRICT. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioner. *Messrs. Arvin B. Shaw, Jr.* and *Wm. L. Murphey* for respondent.

No. 800. ROMERO *v.* SQUIRE, WARDEN. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Pedro P. Semsem* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 811. SANDLIN *v.* GRAGG. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. B. B. Blakeney* for pe-